| | |
|---|---|
| 1 | Abraham J. Colman (SBN 146933)   **JS-6** |
|   | acolman@reedsmith.com |
| 2 | Jordan Yu (SBN 227341) |
|   | jsyu@reedsmith.com |
| 3 | REED SMITH LLP |
|   | 355 S. Grand Avenue, Suite 2900 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: 213.457.8000 |
| 5 | Facsimile: 213.457.8080 |

Attorneys for Defendant
BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEANETTE SEMERDJIAN, | Case No.: CV-09-03033 AHM (FMOx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| vs. | **[FRCP 41(A)]** |
| BANK OF AMERICA CORPORATION, a Delaware Corporation, and DOES 1-10, inclusive, | Honorable A. Howard Matz |
| Defendants. | |

1    WHEREAS, Plaintiff Jeanette Semerdjian ("Plaintiff") and Defendant Bank of
2    America Corporation ("Defendant") have settled this action in its entirety;
3    WHEREAS, Plaintiff and Defendant, through their counsel of record, stipulated
4    pursuant to Federal Rule of Civil Procedure 41(a), that the above-captioned action
5    shall be dismissed *with prejudice* in its entirety, with Plaintiff and Defendant to each
6    bear its own costs and attorneys' fees; and
7    WHEREAS, it appears to the Court that the terms of the stipulation are proper,
8    and upon good cause showing,
9    IT IS HEREBY ORDERED that this action is dismissed with prejudice in its
10   entirety, with Plaintiff and Defendant to each bear its own costs and attorneys' fees.

DATED: June 19, 2009

By_____
Honorable A. Howard Matz
United Stated District Judge

**JS-6**